AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Eldred Salters<br><br>Defendant(s) | Case No.<br><br>8:16MJ1330-T-MAP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 9, 2016** in the county of **Hillsborough** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm and ammunition. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas Pietrowicz, Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: **May 17, 2016**

_____
Judge's signature

City and state: **Tampa, Florida**

Mark A. Pizzo, U.S. Magistrate Judge
Printed name and title

## **AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, ATF Special Agent Thomas Pietrowicz, being first duly sworn, hereby depose and state as follows:

### I.   **INTRODUCTION AND AGENT BACKGROUND**

1. I am employed as a Special Agent of the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since January 2004. I was a Special Agent in the Philadelphia Field Division until February 2013, at which time I was transferred to the Tampa Field Division. I am currently assigned to Tampa Division III where my primary responsibilities include investigating individuals or groups who have committed violations of the federal firearms and narcotics laws.

2. Immediately prior to becoming an ATF Agent, I was employed by the ATF as an Inspector in Wilmington, Delaware, from June 2001 until January 2004. My duties as an ATF Inspector included regulating the manufacture, importation, and distribution of firearms and explosives. Throughout my employment with ATF, I have investigated and participated in numerous investigations involving violations of federal firearms and narcotic laws, and have participated in the execution of numerous arrest and search warrants.

3. I have also attended the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I received instruction in the recognition, identification, and prosecution of violations of federal firearms laws.

4. This affidavit is made for the purpose of supplying probable cause to support a Criminal Complaint against Eldred SALTERS. The information

provided in this affidavit was obtained from the review of Tampa Police Department reports and photographs pertaining to the arrest of SALTERS as well as from firsthand knowledge. Because this affidavit is made for the sole purpose of providing probable cause to support a Criminal Complaint against SALTERS, I have not included every detail of every aspect of the investigation in this affidavit. Rather, I have only set forth facts that are necessary to establish probable cause to believe that SALTERS knowingly possessed a firearm and ammunition as a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

## II.  PROBABLE CAUSE

5.  I am the case agent for an investigation involving Eldred SALTERS.

6.  On April 9, 2016, at approximately 3:50 am, officers from the Tampa Police Department (TPD) responded to 9002 N. 10th Street in Tampa, Florida, which is located in the Middle District of Florida, for a radio call regarding suspicious persons with a firearm. The 911 caller identified himself/herself and reported that three black males were outside of a residence at 9002 N. 10th Street armed with firearms. A description of one of the males was given detailing that he was wearing a striped shirt.

7.  As TPD Officers arrived on scene they observed two black males walking east bound on E. Okaloosa Avenue, one of which was wearing a striped shirt. Okaloosa Avenue runs perpendicular to N. 10th Street. TPD Officers observed the black male in the striped shirt, later identified as Eldred SALTERS, approach the residence at 1010 E. Okaloosa Avenue. A TPD officer, who was

dressed in full TPD uniform, instructed SALTERS to stop and get on the ground at which time SALTERS fled on foot.

8. The officer chased SALTERS on foot while another TPD officer followed in a marked TPD vehicle. The TPD officer on foot caught up to SALTERS and again ordered him to stop, but SALTERS did not comply. The TPD officer deployed his Electronic Control Device (Taser) which was effective in stopping SALTERS and causing SALTERS to fall onto the ground. As the TPD officer approached SALTERS, he observed him reaching under his body. A second TPD officer arrived on scene and was able to handcuff SALTERS.

9. SALTERS was patted down for officer's safety and a Taurus, model PT140 Pro, .40 caliber pistol, with serial number SES45173, and loaded with eleven rounds of .40 caliber Winchester ammunition, was recovered from SALTERS' left front pants pocket. A nylon holster was recovered from SALTERS' waistband. SALTERS was subsequently arrested for felon in possession of a firearm.

10. I determined that the Taurus, model PT140 Pro, .40 caliber pistol constitutes a "firearm" under 18 U.S.C. § 921(a)(3) and was manufactured in Brazil. The eleven rounds of .40 caliber Winchester ammunition constitute "ammunition" under 18 U.S.C. § 921(a)(17)(A) and were not manufactured in the State of Florida. By virtue of their presence in Florida, the firearm and ammunition traveled in interstate and/or foreign commerce after their manufacture.

11.   I determined that SALTERS has a 1990 felony conviction for Delivery of Cocaine, a 1991 felony conviction for Aggravated Battery, a 1994 felony conviction for Possession of Cocaine and Felon in Possession of a Firearm, and a 1997 felony conviction for Delivery of Cocaine all in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

12.   The fingerprints from the April 9, 2016 arrest of SALTERS were compared to the fingerprints taken at the time of SALTERS' conviction for the above listed convictions by a Hillsborough County Sheriff Office Forensic Print Analyst. The fingerprints were determined to have been made by the same individual—Eldred SALTERS.

13.   On April 15, 2016, I contacted the Florida Office of Executive Clemency and requested a pardon check be conducted on SALTERS. The results were negative for a restoration of SALTERS' right to possess a firearm and negative for a pardon.

### III. CONCLUSION

14. Based on the above, there is probable cause to believe that on April 9, 2016, Eldred SALTERS knowingly possessed a firearm and ammunition as a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Thomas Pietrowicz, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn and subscribed before me
this __17__ day of May, 2016.

_____
MARK A. PIZZO
United States Magistrate Judge